Check No. 1155814

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 12-06979-RNO | 004-0 | JUSTIN R. BEST<br>Original Check written to:<br>ENTERPRISE RENT A CAR<br>GREEN TREE & ASSOCIATES<br>PO BOX 3417<br>ESCONDIDO, CA 92033- | 9974 | 0.00 | 5,519.92 | 0.00 | 5,519.92 |
| 13-02118-MDF | 013-0 | ANDREW S. MILLS<br>Original Check written to:<br>ACCOUNTS RECOVERY INC<br>P.O. BOX 6768<br>WYOMISSING, PA 19610- | 130023991 | 4,219.71 | 12.23 | 0.00 | 12.23 |
| 15-03132-JJT | 999-0 | MARK MARGALLIS<br>Original Check written to:<br>MARK MARGALLIS<br>49 HAZLE STREET<br>SWOYERSVILLE, PA 18704 | | 0.00 | 8.38 | 0.00 | 8.38 |
| 15-03902-RNO | 013-0 | GREG A WHITSEL<br>Original Check written to:<br>AMERICAN INFOSOURCE LP<br>FOR DIRECTV<br>PO BOX 51178<br>LOS ANGELES, CA 90051- | 2360 | 775.70 | 116.92 | 0.00 | 116.92 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive. Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1155814

October 05, 2016

PAY** Five Thousand Six Hundred Fifty Seven Dollars and 45 Cents*****************

AMOUNT**$5,657.45**********

TO THE ORDER OF

VOID AFTER January 03, 2017
Positive Pay Account

CLERK  U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-

Case 5:15-bk-03132-JJT   Doc 57   Filed 10/05/16   Entered 10/05/16 12:42:03   Desc
Main Document   Page 1 of 1